

FILED

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR934-W |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 18, U.S.C., Sec. 1542 - False Statement in Application for a United States Passport (Felony) |
| HERIBERTO VERDUZCO, | ) | |
| Defendant. | ) | |

The United States charges:

On or about October 18, 2006, within the Southern District of California, defendant HERIBERTO VERDUZCO did willfully and knowingly provide a false statement in an application for a passport with intent to induce and secure for his own use the issuance thereof under the authority of the United States, contrary to laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in an application in the name of Rafael Olvera, executed by him at the Chula Vista Post Office, Chula Vista, California, defendant HERIBERTO VERDUZCO, stated he was Rafael Olvera, born on November 20, 1961, in Los Angles, California, which statement, as defendant then and there knew, was false when made; in violation of Title 18, United States Code, Section 1542.

DATED: March 27, 2008 .

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:5/4/08