AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HERIBERTO VERDUZCO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR934-W

I, __HERIBERTO VERDUZCO__, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1542 - False Statement in Application for a United States Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/27/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Heriberto Verduzco_
HERIBERTO VERDUZCO
Defendant

_Jack J Boltax_
JACK BOLTAX
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

WMC:lml:3/4/08